UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Neftali L., | Case No. 26-CV-0145 (PJS/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Joel Brott, Sheriff, Sherburne County Jail, Elk River, MN; Samuel Olson, Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Pamela Bondi, Attorney General of the United States, in their official capacities, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Neftali L. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

  b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 16, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion for an order to show cause [Dkt. 2] is **GRANTED** insofar as it is consistent with the briefing schedule above.

Dated: January 12, 2026       *s/Shannon G. Elkins*_____
                 Shannon G. Elkins
                 United States Magistrate Judge