UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NEFTALI L., | Case No. 26-CV-0145 (PJS/SGE) |
| Petitioner, | |
| v. | ORDER |
| JOEL BROTT, Sheriff, Sherburne County Jail, Elk River, MN; SAMUEL OLSON, Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT petitioner's motion for a temporary restraining order [ECF No. 3] is GRANTED IN PART to the extent that respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 10:43 a.m.        /s/ Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court